**Order filed September 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00528-CV
_____

### RICHARD KAMINSKI, Appellant

### V.

### TTS LOGISTICS, INC. A CALIFORNIA CORPORATION, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18509**

## O R D E R

The clerk's record was filed August 5, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the "Order to Enforce Foreign Judgment" signed March 20, 2019.

The Harris County District  Clerk is directed to file a supplemental clerk's record on or before October 10, 2019, containing the signed "Order to Enforce Foreign Judgment."

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.